**Order entered October 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00454-CR

**WILLIAM THOMAS NICHOLAS JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MC15-A0588-L**

## ORDER

The Court **GRANTS** the State's second motion for extension of time to file the State's brief.

We **ORDER** the Clerk of the Court to file the State's brief tendered as of the date of this order.

/s/     DAVID L. BRIDGES
           PRESIDING JUSTICE